

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00572-CV

Jose Luis **RAMOS**,
Appellant

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2013CVQ001953 D4
Honorable Oscar J. Hale, Jr., Judge Presiding

PER CURIAM

Sitting:    Catherine Stone, Chief Justice
            Karen Angelini, Justice
            Luz Elena D. Chapa, Justice

Delivered and Filed:  November 19, 2014

MOTION TO REMAND GRANTED; SET ASIDE AND REMANDED

Appellant has filed an agreed motion stating the parties have fully resolved and settled all issues in dispute. Appellant asks that we remand the case to the trial court for rendition of judgment in accordance with the settlement agreement. The motion does not recite any agreement of the parties as to costs.

We grant the motion. The judgment of the trial court is set aside without regard to the merits and the case is remanded to the trial court for rendition of judgment in accordance with the

parties' agreement.  *See* TEX. R. APP. P. 42.1(a)(2)(B).  All costs of this appeal are taxed against appellant.  *See* TEX. R. APP. P. 42.1(d).

PER CURIAM